187 So. 737

### C. H. FARMER v. STATE ex rel. KILLCREASE, Solicitor.

#### 8 Div. 923.

Supreme Court of Alabama.

March 16, 1939.

Rehearing Denied April 13, 1939.

Claud D. Scruggs, of Guntersville, fo. petitioner.

Thos. S. Lawson, Atty. Gen., for respondent.

### PER CURIAM.

Petition of C. H. Farmer for certiorari to the Court of Appeals to review and revise the judgment and decision of that

Court in the case of C. H. Farmer v. State ex rel. Mack Killcrease, Solicitor, 187 So. 735.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.